# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GLENN A. CORDES AND MELISSA
R. CORDES

VERSUS

CRYSTAL L. TUCKER, GEICO
CASUALTY COMPANY,
MANBEARPIG, LLC D/B/A THE
HOUSE TIGERLAND, KORT
CONSTRUCTION, AND THE STATE
OF LOUISIANA THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.   2020 CW 0737

**NOVEMBER 10, 2020**

---

In Re:    Kort's Construction Services, Inc., applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 677874.

---

**BEFORE:   GUIDRY, THERIOT, AND LANIER, JJ.**

**WRIT DENIED.**

                    JMG
                    WIL


     **Theriot, J.,** dissents and would direct the Clerk of this
court to issue a Notice of Briefing Schedule pursuant to La.
Code Civ. P. art. 966(H).


COURT OF APPEAL, FIRST CIRCUIT

[signature]

DEPUTY CLERK OF COURT
    FOR THE COURT